Jessie Lee **WHITAKER**, Appellant,

v.

**STATE of Missouri**, Respondent.

No. WD 67375.

Missouri Court of Appeals, Western District.

Sept. 4, 2007.

---

851

Mark A. Grothoff, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, C.J., and BRECKENRIDGE and ELLIS, JJ.

### Order

PER CURIAM.

Jessie Whitaker, Jr., appeals from the denial of his Rule 29.15 motion for ineffective assistance of trial counsel. Whitaker claims that his trial counsel was ineffective for failing to object to improper comments made by the State during closing arguments. We find that the trial court did not clearly err in denying Whitaker's Rule 29.15 motion. The judgment of the trial court is affirmed. Rule 84.16(b).